| INN - PROB 22 Rev. 05/04 | | **DOCKET NUMBER** *(Tran. Court)* 0755 2:09CR00016-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | **DOCKET NUMBER** *(Rec. Court)* 3:13-0196-01 |
| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE** Husein Kanakrieh | **DISTRICT** Northern District Of Indiana | **DIVISION** Hammond |
| | **NAME OF SENTENCING JUDGE** Honorable Philip Peter Simon | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** | **FROM** 11/09/2012   **TO** 11/08/2014 |

**OFFENSE**

TRANSFER OR UNAUTHORIZED USE OF FOOD STAMPS

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern District Of Indiana

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Tennessee   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-10-13
*Date*

/S/ Philip P. Simon
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/10/13
*Effective Date*

Todd Campbell
*United States District Judge*